<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| YUCHEN YANG, on behalf of himself and others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>TAIJI ORIENTAL SPA NJ CORP. d/b/a TAIJI ORIENTAL MASSAGE, TAIJI ORIENTAL BODYWORK & FOOT RUB CORP. d/b/a TAIJI ORIENTAL MASSAGE, ZHANG TAIJI SPA INC. d/b/a TAIJI ORIENTAL MASSAGE, FENGHUA ZHAO, and DEYU SUN,<br><br>        Defendants. | Civil Action No. 22-1617 (EP) (JSA)<br><br>**ORDER ADOPTING REPORT & RECOMMENDATION** |

**PADIN, District Judge.**

      Before this Court is the Report and Recommendation ("R&R") entered on January 9, 2023 by the Honorable Jessica S. Allen ("Judge Allen"), D.E. 33, recommending that Plaintiff's motion to dismiss Defendants' counterclaims under Rule 12(b)(6) of the Federal Rules of Civil Procedure, D.E. 16, be granted as to Counts I and III and denied as to Count II. The parties were advised that, pursuant to Federal Rule of Civil Procedure 72(b)(2), they could file objections to Judge Allen's R&R within 14 days. No objections have been received. The Court has reviewed the R&R *de novo*, and for good cause shown,

      **IT IS** on this **26th** day of **January**, 2023,

      **ORDERED**, that the January 9, 2023 R&R of Judge Allen, D.E. 33, is **ADOPTED** as the Opinion of this Court; and it is further

2

**ORDERED**, that Plaintiff's motion to dismiss Defendants' counterclaims under Rule 12(b)(6), D.E. 16, is **GRANTED IN PART AND DENIED IN PART**; and it is further

**ORDERED**, that Defendants' counterclaims at Counts I and III are **DISMISSED**.

_____
Evelyn Padin, U.S.D.J.